JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carolyn Wohr,<br><br>                Plaintiff,<br><br>          v.<br><br>Cheech & Chong, LLC.,<br><br>                Defendant. | Case No. 2:22-cv-04444-JLS-SK<br><br>**ORDER DISMISSING ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii) (Doc. 16)** |

    Having read and considered the Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(a)(iv) (Doc. 16) filed by Plaintiff Carolyn Wohr and Defendant Cheech & Chong, LLC, the Court HEREBY ORDERS THAT:

    This action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses, and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

1  IT IS SO ORDERED.

3  DATED:  November 14, 2022

  _____
  HON. JOSEPHINE L. STATON
  UNITED STATES DISTRICT JUDGE